IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01199-BNB

JAMES R. SARDAKOWSKI,
    Plaintiff,

v.

STATE OF COLO.,
DEPARTMENT OF CORRECTIONS,
ADAMS CTY. COLO., and
COLO. PUBLIC DEFENDERS OF ADAMS CTY.,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 9 2009

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff James R. Sardakowski initiated this action by filing *pro se* a Prisoner Complaint. In an order filed on May 26, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Sardakowski to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Sardakowski to file a Prisoner Complaint that is not missing any pages and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Sardakowski was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On June 2, 2009, Mr. Sardakowski filed a letter to the Court advising the Court of forgery in this action. Mr. Sardakowski specifically alleges that a former cell-mate stole his legal work, which included a certified copy of his inmate trust fund account statement, and put Mr. Sardakowski's signature on a motion or motions. It is not clear

how this alleged forgery relates to this action because the Court has not received in this action a certified copy of Mr. Sardakowski's inmate trust fund account statement or any document other than the Prisoner Complaint mentioned above.

Mr. Sardakowski has failed to cure the deficiencies within the time allowed. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 8 day of July, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01199-BNB

James R. Sardakowski
Prisoner No. 133162
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/9/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk